# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AARON UPPERMAN**                                                         **PLAINTIFF**

v.                          **No: 4:21-cv-00549-JM**

**RODNEY WRIGHT,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 18th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE